O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01219 AHM (MANx) | Date | February 27, 2009 |
|---|---|---|---|
| Title | BIX INDUSTRIES v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court has reviewed the response by Defendant to the Order to Show Cause. For good cause shown, the Court hereby DISCHARGES its February 19, 2009 Order to Show Cause.[1]

                                                                  :

                          Initials of Preparer          SMO

---

[1] Docket No. 7.